UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CINDY JOCELYN, *on behalf of herself and others similarly situated*,<br><br>Plaintiff,<br><br>-against-<br><br>BC GOURMET USA, INC.,<br><br>Defendant. | Case No.: 2:18-cv-00427-ADS-SIL<br><br>**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)** |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 21 2019 ★

LONG ISLAND OFFICE

**PLEASE TAKE NOTICE** that the claims of Plaintiff, CINDY JOCELYN, are hereby dismissed with prejudice, in their entirety, as against Defendant, BC GOURMET USA, INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: October 1, 2019
   New York, New York

                Lee Litigation Group, PLLC
                148 W. 24th Street, Eighth Floor
                New York, NY 10011
                Phone: (212) 465-1188

                */s/ C.K. Lee*
                C.K. Lee, Esq. (CL 4086)

Case closed.

SO ORDERED:
 /s/ Arthur D., Spatt
_____      10/21/19
U.S.D.J.  10/21/19           Date